IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACKIE SHIPMAN                                                                    PLAINTIFF

V.                                        NO. 08-5178

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                                    DEFENDANT

## J U D G M E N T

Now on this 11th day of December, 2009, comes on for consideration the Report and

Recommendation dated November 20, 2009, by the Honorable Erin L. Setser, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in

its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; affirms the

decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE